No. 12–0408/MC.  U.S. v. Lawrence G. Hutchins, III.  CCA 200800393.  Appellant's motion to extend time to file a reply brief granted, **_up to and including October 4, 2012_**, and **_absent extraordinary circumstances, no further extension of time will be granted in this case_**.

No. 13–0020/NA.  U.S. v. Dmenico D. Hudson.  CCA 201100560.  On consideration of the motion filed by Lieutenant Toren Mushovic for leave to withdraw as appellate defense counsel, it appears that the Judge Advocate General has assigned another counsel to represent Appellant and that the new counsel has assumed representation of said Appellant.  Accordingly, it is ordered that said motion is hereby granted.

Misc. No. 12–8030/NA.  John H. Maze, Appellant v. United States, Appellee.  CCA 200900027.  On consideration of Appellant's writ-appeal petition, Appellee's motion to seal Appellant's pleading, Appellee's motion to substitute, and Appellee's motion for summary judgment, it is ordered that Appellant's motion for summary judgment is hereby denied, that Appellee's motion to substitute is hereby granted, that